IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 0 2 4 5 6 *BnB*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 8 - 2010

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JEREMY PINSON,

    Plaintiff,

v.

HARLEY LAPPIN,
DELBERT SAUERS, and
SARA REVELL,

    Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner Complaint. He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)   **X**    is not submitted
(2)   ____    is missing affidavit
(3)   **X**    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ____    is missing certificate showing current balance in prison account
(5)   ____    is missing required financial information
(6)   ____    is missing an original signature by the prisoner
(7)   ____    is not on proper form (must use the court's current form)
(8)   ____    names in caption do not match names in caption of complaint, petition or habeas application
(9)   ____    An original and a copy have not been received by the court. Only an original has been received.
(10)   **X**    other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u>

**Complaint, Petition or Application:**

(11)   ____    is not submitted
(12)   ____    is not on proper form (must use the court's current form)
(13)   ____    is missing an original signature by the prisoner
(14)   ____    is missing page nos. ____
(15)   ____    uses et al. instead of listing all parties in caption
(16)   ____    An original and a copy have not been received by the court. Only an original has been received.
(17)   ____    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   ____    names in caption do not match names in text
(19)   ____    other: _____.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___7ᵗʰ___ day of _October_____, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 – CV – 0 2 4 5 6

Jeremy Pinson
Reg. No. 16267-064
FCI -Talladega
P.O. Box 1000
Talladega, AL 35160

I hereby certify that I have mailed a copy of the **ORDER** and **two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on ___10/8/10___

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk