IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 02456
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 8 - 2010

GREGORY C. LANGHAM
CLERK

Jeremy Pinson , Plaintiff,

v.

Harley Lappin ,

Delbert Sauers ,

Sara Revell ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 24 2010

GREGORY C. LANGHAM
CLERK

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. Jeremy Pinson #16267-064, FCI Talladega - SPECIAL MAIL,
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   PMB 1000, Talladega, AL, 35160

2. Harley Lappin, Director - Federal Bureau of Prisons
   (Name, title, and address of first defendant)
   320 First Street N.W., Washington, DC, 20534
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes ✓ No (CHECK ONE). Briefly explain your answer:
   Federal Employee

3. Delbert Sayers, Chief - Designation and Sentence Computation Ctr.
   (Name, title, and address of second defendant)
   346 Marine Forces Drive, Grand Prairie Texas 75051
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes ✓ No (CHECK ONE). Briefly explain your answer:
   Federal Employee

4. Sara Revell, Warden - U.S. Penitentiary
   (Name, title, and address of third defendant)
   PO Box 8500, Florence, CO, 81226
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes ✓ No (CHECK ONE). Briefly explain your answer:
   Federal Employee

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)

2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    \_\_\_ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _X_ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Plaintiff suffers from Schizophrenia and Post-Traumatic Stress Disorder. While serving his federal prison sentence Plaintiff has been housed continually in segregation or special units seperate from the general population where access to mental health professionals is inadequate and the environment detrimental to Plaintiffs mental health. Plaintiff sues for violations of his 8th Amendment rights related to these issues.

(Rev. 1/30/07)                                  3

# D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: <u>Violation of 8th Amendment</u>

   Supporting Facts:

1. Plaintiff suffers from Schizophrenia and Post-Traumatic Stress Disorder.
2. Plaintiff has been housed in segregation or control units the entire times in the Bureau of Prisons, with minimal periods of time in prison general populations.
3. Defendant Sauers was notified by the sentencing court of Plaintiff's mental illness and was recommended to house Plaintiff at FMC Butner. Defendant Sauers rejected the recommendations and for non-medical reasons housed Plaintiff at various institutions, including USP Florence.
4. Defendant Revell knew of Plaintiff's mental illness and suicidal tendencies yet housed Plaintiff in segregation, in solitary confinement, and repeatedly rejected treatment recommendations of psychology staff for non-medical reasons unrelated to Plaintiff's mental health.
5. Defendant Lappin through review of agency reports, communications with staff, knew that inmates, including Plaintiff, who suffered from mental illness were not being housed in more appropriate facilities with access to treatment and that custody staff routinely interfered with treatment proscribed by mental health professionals.
6. Defendants Revell, Lappin and Sauers took no action to transfer Plaintiff to a more appropriate facility where proper treatment of Plaintiff's mental health needs could be undertaken for treatment by mental health staff.
7. Plaintiff has suffered a deterioration of mental condition, emotional trauma as a result of defendants' actions.

(Rev. 1/30/07) 4

2. Claim Two: _____

   Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: *Unavailable, See Attachment A*

2. Docket number and court name:

3. Claims raised in prior lawsuit:

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

5. If the prior lawsuit was dismissed, when was it dismissed and why?

6. Result(s) of any appeal in the prior lawsuit:

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. Nominal Damages $1.00

2. Punitive Damages of $5,000.00 per defendant for violating Plaintiff's constitutional rights.

3. Injunction enjoining defendants Lappin and Savers, their employees or successors, from housing mentally ill inmates in Segregation or "SuperMax" units such as ADX Florence except temporarily pending transfer to more appropriate facilities.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   9-19-10
              (Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                              8