IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02456-BNB

JEREMY PINSON,

    Plaintiff,

v.

HARLEY LAPPIN,
DELBERT SAUERS, and
SARA REVELL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 2 2011

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff, Jeremy Pinson, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Talladega, Alabama. On October 8, 2010, Mr. Pinson, acting *pro se*, submitted a Prisoner Complaint filed pursuant to 42 U.S.C. § 1983. Mr. Pinson filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on October 21, 2010, and filed a properly certified trust fund account statement on November 15, 2010.

On November 17, 2010, Magistrate Judge Boyd N. Boland granted Mr. Pinson leave to proceed pursuant to § 1915 and instructed Mr. Pinson to pay the full amount of the $350.00 filing fee in installments. Magistrate Judge Boland further instructed Mr. Pinson to pay an initial partial filing fee of $3.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing **a current certified** trust fund account statement. The November 17 Order warns Mr. Pinson that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline

or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

On November 26, 2010, Mr. Pinson submitted an inmate statement, but the statement was not certified. Mr. Pinson now has failed either to pay the initial partial filing fee within the time allowed, as designated in the November 17 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee by filing a **certified** trust fund account statement. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 4(b) for Mr. Pinson's failure either to pay an initial partial filing fee of $3.00 or to show cause why he has no assets and no means by which to pay the designated fee by submitting a **certified** trust fund account statement.

DATED at Denver, Colorado, this 12th day of January, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02456

Jeremy Pinson
Reg. No. 16267-064
FCI Talladega
PO Box 1000
Tallageda, AL 35160

    I hereby certify that I have mailed a copy of the **ORDER an JUDGMENT** to the above-named individuals on January 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk