**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02456-ZLW

JEREMY PINSON,

      Plaintiff,

v.

HARLEY LAPPIN,
DELBERT SAUERS, and
SARA REVELL,

      Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

      This matter is before the Court on the Plaintiff's "Emergency Motion for Preliminary Injunction, Contempt Finding" (Doc. No. 14) filed on January 21, 2011.  This case was dismissed by an order signed on January 12, 2011.  Therefore, the Plaintiff's motion is DENIED as moot.

      Dated:  January 24, 2011

---